446 A.2d 602

**Donald G. WILLIAMS, Vernon R. Shields, and Thomas S. Goas, Jr., Appellants,**

v.

**The STATE BOARD OF EXAMINERS OF ARCHITECTS.**

Supreme Court of Pennsylvania.

Argued May 18, 1982.

Decided June 17, 1982.

Ronald M. Katzman, Harrisburg, for appellants.

Debra K. Wallet, Camp Hill, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.